

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2021

No. 04-21-00026-CV

**SOUTHEAST SNF, LLC** d/b/a Southeast Nursing Rehabilitation Center, Texas Operations Management LLC and Advanced HCS LLC.,
Appellants

v.

Ruperto C. **GUTIERREZ,** Jr., Individually and on behalf of the Estate of Ruperto Q. Gutierrez, Sr., Deceased,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-12410
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Sitting:    Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

On January 28, 2021, appellants filed a notice of appeal from the trial court's order denying their motion to dismiss appellee's healthcare liability claim. The appeal is accelerated. On February 2, 2021, the trial court signed an order requiring appellant Southeast SNF, LLC d/b/a Southeast Nursing Rehabilitation Center to comply with certain discovery requests on or before February 15, 2021. On February 10, 2021, appellants filed a motion for temporary relief seeking to stay discovery pending resolution of this appeal. On February 11, 2021, appellee filed a response opposing the motion.

We GRANT IN PART appellants' motion for temporary relief. We ORDER the trial court's February 2, 2021 "Order on Plaintiff's Motion to Compel Discovery Responses from Southeast SNF, LLC d/b/a Southeast Nursing & Rehabilitation Center" STAYED pending further order from this court.



Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2021.



MICHAEL A. CRUZ, Clerk of Court